UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 16-06996 PA (JPRx) | Date | September 22, 2016 |
|---|---|---|---|
| Title | Daniel Hernandez v. Mercedes-Benz Financial Services USA LLC, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None                                                                        None

**Proceedings:**        IN CHAMBERS - COURT ORDER

     The Court finds that this action is related to a case under Title 11 and is subject to referral to the Bankruptcy Court pursuant to General Order 13-05 and 28 U.S.C. § 157(a). Therefore, the Court refers this action to the United States Bankruptcy Court, Case No. 16-bk-13057-TD.

     IT IS SO ORDERED.


cc:  Bankruptcy Court